IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00126-SBP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN ROSS HALLIGAN,

    Defendant.

---

## NOTICE OF APPEARANCE
---

The Office of the Federal Public Defender, through Assistant Federal Public Defender Kelly Christl, enters its appearance on behalf of the Defendant, Brian Ross Halligan.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    */s/ Kelly Christl*
    KELLY CHRISTL
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Kelly_Christl@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on July 24, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Valeria Spencer, Assistant U.S. Attorney
    Email:  Valeria.Spencer@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Brian Ross Halligan (via mail)

    */s/ Kelly Christl*
    KELLY CHRISTL
    Assistant Federal Public Defender